```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

MARY E. BUTLER                                    CIVIL ACTION

VERSUS                                            NO: 10-857

ERIC K. SHINSEKI, SECRETARY,                      SECTION: R(5)
DEPARTMENT OF VETERANS AFFAIRS

**ORDER AND REASONS**

In this Title VII employment discrimination case, plaintiff Mary Butler moves for me to recuse myself.[1] Butler states that she knew an individual named "Sara Vance" when she underwent basic training at the Naval Training Center in Orlando, Florida in 1978. I have not served in the Navy and am not the individual plaintiff knew in basic training. Therefore, there is no reason for me to recuse myself from this case.

Plaintiff also asks the Court to take action on her motion to surrender her residence and car,[2] but the Court denied that motion on March 3, 2011.[3]

For the foregoing reasons, plaintiff's motion is DENIED.

New Orleans, Louisiana, this 28th day of April, 2011.

_____
         SARAH S. VANCE
    UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 107.

[2]   R. Doc. 92.

[3]   R. Doc. 103.